DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN HOLMES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2851

_____

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher Michael LaBruzzo, Judge.

John Holmes, Jr., pro se.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.